# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MINOTT,<br><br>        Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>        Defendant. | CASE NO.: 2:23-CV-04303-DMG-JPR<br>Complaint Filed: 06/01/23<br><br>ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [24] |

## ORDER

Based on the parties Stipulation of Dismiss, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.
2. Each party to bear its own fees and costs.

IT IS ORDERED.

DATED: February 29, 2024

Hon. Dolly M. Gee.
United States District Court Judge